

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

FILED

APR 9 2015
APR 09 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| Melcina Blanton | ) | |
| _____ | ) | |
| _____ , | ) | |
| **Plaintiff(s),** | ) | |
| **vs.** | ) | **Case No.** |
| Roundpoint Mortgage Servicing Corp | ) | |
| _____ | ) | |
| Codilis & Associates, | ) | 15CV3156 |
| | ) | JUDGE Gettleman |
| Locke Lord | ) | MAG. JUDGE Finnegan |
| **Defendant(s).** | ) | |

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

NOW COMES the Plaintiff, MELCINA BLANTON, complaining of the
defendants herein, Roundpoint Mortgage Servicing Corporation,
Debt Collector (hereinafter "Roundpoint"); Codilis & Associates,
Debt Collector and Attorney (hereinafter "Codilis"); Locke Lord,
Debt Collector and Attorney (hereinafter "Locke Lord"); and
states as follows:

1.   This is a claim for violation of Plaintiff's Civil Rights
     as protected by the Constituition and Laws of the United
     States.

2.   Court Jurisdiction:  28 U.S.C. 1331; 28 U.S.C. 1332.

3.   Plaintiff's full name is <u>Melcina Blanton.</u>

4.   This Law Suit is presently Pro Se, Plaintiff retain the
     Constituitional Right to be represented by Attorney.

5.   Trial shall be by Jury, unless changed by a Motion of
     Plaintiff.

## OPENING STATEMENTS

Plaintiff is the Owner of Real Estate Property commonly known as 7727 South Bennett Avenue, Chicago, Illinois. On 6/29/2009, Plaintiff mortgaged the property for a loan in the amount of $104,500.00 from Community Bank of Oak Park River Forest. From 6/29/2009 through to 12/30/2013, the loan was serviced by Franklin American Mortgage Corporation (a fine honest Company). On 1/1/2014, Roundpoint took over servicing of the loan and carried on Unscrupulous and Unlawful Acts in the Conduct of Trade or Commerce with regard to the servicing of the loan.

**Plaintiff assert "Non-Existence of Default" with regard to payments on the mortgage loan.**
J.P. Morgan Chase Records of Timely Full Payments of Principal, Interest, Taxes, Insurance, from 1/1/2014, through the present; on behalf of Melcina Blanton (Mortgagor) are Concrete Evidence In-fact and In-Law of full discharge in good faith of Mortgage payments.

**Part 1**

COUNT ONE

Defendant Roundpoint, aided by Defendant Locke Lord, together conspired and acted knowingly, intentionally, willfully and maliciously Committed Unlawful Acts against Plaintiff as follows:
a). The Defendants engineered an elaborate deceitful and false default of loan and deprive Plaintiff from refinancing property with any financial institution of Plaintiff's choice or sell property; a violation of Plaintiff's exercise of fundamental Constituitional right of lawful freedom of choice protected by the United States Constituition.

b). The Defendant's connivance involve a letter of Locke Lord on December 30, 2014, that states: "Without the signed modification and settlement documents Roundpoint will not accept or apply any further payments to the loan"; and pursuant to this threat the Defendants invented bogus loan default and pursued malign intimidation and strong-arm of Plaintiff to force Plaintiff out of existing mortgage with Lender Community Bank of Oak Park River Forest, and into acceptance of Defendants' Crooked Loan Modification Plan designed to Swindle Plaintiff's Money and Property and Plaintiff rejected this Plan 6 (six) times now, and these Defendants' insistence and continuous push and push to impose this unwanted mortgage loan modification upon Plaintiff is Unlawful Harassment and Duress, and violation of Plaintiff's fundamental Constitutional Right of Lawful Freedom of Association, and Lawful Freedom of Choice to keep mortgage signed with Community Bank of Oak Park River Forest.

As a result of Defendants' conduct, Plaintiff was injured as follows:
1). Plaintiff suffered duress.
2). Plaintiff's good financial credit rating destroyed.
3). Defendants deprived Plaintiff from refinancing of property.
4). Plaintiff suffered distress.
5). Defendants deprived Plaintiff from selling property.
6). Plaintiff suffered Bodily Injury, Mental and Emotional harm, pain and suffering.

**R e l i e f**

**WHEREFORE**, Plaintiff pray the Court for the following relief:

A. Compensatory and Punitive damages in the amount of $10million in favor of Plaintiff, and against Defendant Roundpoint and Defendant Locke Lord.

B. Order of Protection of: (i) Mortgagor's right to pay Principal and Interest and PMI on the 30yr Fixed Rate Mortgag signed with Lender Community Bank of Oak Park River Forest and the payments be accepted and applied towards mortgage loan by loan servicer; (ii) Mortgagor's direct payments of taxes to Cook County Government, and Property Insurance premium directly to Insurance Company.

C. Such injunctive, declaratory, or other relief as the Court sees fit, including attorney's fees and expenses.

**Part 1** (contd.)

COUNT TWO

Defendant Roundpoint acted knowingly, intentionally, willfully and maliciously embezzled Plaintiff's Escrow Property Tax Money on January 2014, which Roundpoint recieved from Franklin American Mortgage Corporation on 12/30/2013, and Roundpoint could'nt pay and failed to pay Cook County 2013 first installment property tax due on March 2014, (U.S. RESPA LAW and other Federal Statutes Violations) and resulting in detrimental exposure of Plaintiff's Property to County Tax Lien and County Tax Sale.

As a result of Roundpoint's conduct, Plaintiff was injured as follows:

1). Plaintiff suffered Duress.
2). Plaintiff suffered Bodily Injury, - Mental and Emotional harm, pain and suffering.
3). Plaintiff suffered Distress.

**R e l i e f**

**WHEREFORE**, Plaintiff pray the Court for the following relief:

A. Compensatory and Punitive damages in the amount of $2million in favor of Plaintiff, and against Roundpoint.

B. Order Cook County Property Tax and Hazard Insurance not be escrowed, and Mortgagor that has been paying the Tax and Insurance shall continue to do so and receipt or fascimile of receipt of payment(s) by Mortgagor shall be sent to Mortgagee within 10-15 days from the date of payment, and Mortgagee is not prejudiced nor injured by this order and Mortgagee shall continue to enjoy the right(s) to make payments of the tax and insurance and send receipts or fascimile of receipt of payment(s) to Mortgagor who shall have 30 days to make full reimbursement of such payment(s) to Mortgagor

C. Injunctive, declaratory, or other relief as the Court sees fit and necessary, including attorney's fees and expenses.

**Part 1** (contd)

<u>COUNT THREE</u>

Defendant Locke Lord acted knowingly, intentionally, willfully and maliciously committed Unlawful Acts against Plaintiff as follows:

1). Cover-up of Embezzlement of Plaintiff's Property Tax Money by Defendant Roundpoint.

2). Obstruction of Justice letter to Plaintiff to spin and convince and prevent Plaintiff from exercising lawful Constituitional right to bring Roundpoint to justice for embezzlement of Plaintiff's property tax money, Locke Lord states in the letter: "The payment history for your loan account shows that on February 11, 2014, Roundpoint paid $1,433.58 to the Cook County Treasurer for the first installment of your 2013 real estate taxes. The payment was refunded on April 22, 2014"; and evidence presented by Cook County Treasurer conclusively prove this Locke Lord statement is deceitful and false and 2013 first installment property tax due in March 2014 was never paid by Roundpoint and County Treasurer never refund any tax payment money to Roundpoint.
As a result of Locke Lord's conduct, Plaintiff was injured as follows:
1). Defendant Locke Lord deceitfully deprived Plaintiff from exercising lawful Constituitional right to pursue justice against Roundpoint to recover Plaintiff's money which Rounpoint embezzled.

**R e l i e f**

**WHEREFORE,** Plaintiff ask for the following relief:

A, Compensatory and Punitive damages in the amount of $1,500,000 (one million five hundred thousand dollars) in favor of Plaintiff, and against Locke Lord.

B. Such other and further relief as the Court deems just, including attorney's fees and expenses.

**Part 11**

<u>COUNT ONE</u>

     Roundpoint represented by attorney Codilis, acted knowingly, intentionally, willfully and maliciously filed a bogus law suit against Plaintiff in Cook County Chancery Court, falsely alleging "Mortgagors have not paid the monthly installments of principal, taxes, interest and insurance for 02/01/2014, through the present"; untrue contentions by Roundpoint in deception of the Court to steal Plaintiff Property and use the Court to make the theft of the property legitimate by getting Court granted Title to the property and the Defendants were caught in County Court by Records of J.P. Morgan Chase that proves otherwise, and the Court acquitted Plaintiff (Mortgagor) and dismissed the law suit.
This malicious law suit afflicted Plaintiff and caused severe harrowing suffering by Plaintiff.

As a result of Defendant's conduct, Plaintiff was injured as follows:
1). Plaintiff suffered Duress.
2). Plaintiff suffered financial loss defending the law suit.
3). Plaintiff's good financial credit rating ruined.
4). Plaintiff suffered defamation.
5). Plaintiff suffered Distress
6). Bodily Injury, Mental and Emotional harm, pain and suffering

# R e l i e f

**WHEREFORE,** Plaintiff asks for the following relief:

    A.    Compensatory and Punitive Damages in the amount of $8million in favor of Plaintiff, and against Roundpoint.

    B.    Compensatory and Punitive Damages in the amount of $2million in favor of Plaintiff, and against Codilis.

    C.    Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and expenses.

<u>COUNT TWO</u>                                **Part 11** (contd)

    Defendant Roundpoint acted knowingly, intentionally willfully and maliciously engaged in lawlessness, Judge and Jury, after Cook County Chancery Court Dismissed Roundpoint's False Law Suit of Loan Default and Monetary Demand Claim against Plaintiff (Mortgagor) and Exonerated Plaintiff on 8/27/2014, <u>Res Adjudicata</u>; and within 14 days, on 9/10/2014, Roundpoint Refiled its False Loan Default and Monetary Demand Claim against Plaintiff at Credit Bureaus and Unlawfully holding Plaintiff for Ransom in the amount of $5,315 and Roundpoint increased the Ransom amount to $9,568 as of 2/16/2015, and through to present, the Ransom amount demanded by Roundpoint is on the increase.

**Plaintiff do not owe one cent of the amount demanded by Roundpoint.**
As a result of Defendant's conduct, Plaintiff was injured as follows:
1). Plaintiff suffered Duress.
2). Plaintiff's good financial credit rating ruined.
3). Defendant deprived Plaintiff from obtaining Refinancing of Property.
4). Plaintiff suffered Defamation.
5). The Ransom demand impaired Property Value and Worthiness and Plaintiff (Mortgagor) financial investment in the Property destroyed.
6). Defendant deprived Plaintiff from selling Property.
7). Plaintiff suffered Distress.
8). Plaintiff suffered Bodily Injury, Mental and Emotional Harm, Pain and Suffering.

# R e l i e f

**WHEREFORE,** Plaintiff pray the Court for the following relief:

A. Compensatory and Punitive Damages in the amount of $10million in favor of Plaintiff, and against Defendant Roundpoint.

B. Order of Null and Void and Removal of the Unlawful False Loan Default and Monetary Amount Claimed by Roundpoint in the credit reports filed by Roundpoint against Mortgagor at National Credit Bureaus,

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses.

**Part 11** (contd)

COUNT THREE

   Defendant Codilis acted knowingly, intentionally, and
willfully and maliciously inflict severe injury on Plaintiff
by failing to exercise due diligence and prudence and filed
a reckless law suit of false allegations on behalf of Defendant
Roundpoint and against Plaintiff, and the County Chancery Court
acquitted Plaintiff and dismissed the law suit.

Codilis reckless conduct caused havoc on Plaintiff's life.
As a result of Defendant's conduct, Plaintiff was injured as
follows:
1). Plaintiff's good financial credit rating ruined.
2). Plaintiff suffered Duress. 3). Plaintiff suffered Defamation.
4). Plaintiff suffered financial loss defending the law suit.
5). Plaintiff suffered Distress. 6). Plaintiff suffered Bodily
Injury, - Mental and Emotional Harm, Pain and Suffering.

                         R e l i e f

**WHEREFORE,** Plaintiff pray the Court for the following relief:

   A.    Compensatory and Punitive damages in the amount of
         $3million in favor of Plaintiff, and against Defendant
         Codilis.

   B.    Such other relief as the Court deems proper, including
         attorney's fees and expenses.

**Part 111**

Roundpoint (Debt Collector) acted knowingly, intentionally, willfully and maliciously committed Unlawful Acts in Trade or Commerce against Plaintiff as follows:

a). Falsifications of Billings Charges and Billing Statements and Cheating in Monthly Mortgage Amount Billings of $1,063, an overcharge and false/fraud.

b). Unscrupulous and crooked manipulation of Mortgage Payments and Charges, especially demanding excessive Escrow Funds and swindle the money (Federal RESPA and TORT FRAUD violations) and Roundpoint turn-around and fabricate false loan deliquency, and on 3/16/2015, Roundpoint demanded Bogus amount of $14,655, which Plaintiff (Mortgagor) do not owe Roundpoint one cent of this amount.

c). Roundpoint engaged in conversion of Plaintiff's loan payment amount of $10,375.35 paid on behalf of Plaintiff by J.P. Morgan Chase, and Roundpoint duly signed and recieved the payments and to-this-date the money disappeared and not accounted for by Roundpoint.

As a result of Debt Collector Roundpoint's conduct, Plaintiff was severely injured as follows:

(i)     Plaintiff suffered Duress.
(ii)    Defendant ruined Plaintiff's good financial credit rating.
(iii)   Defendant deprived Plaintiff from obtaining refinancing of property.
(iv)    Plaintiff suffered Defamation.
(v)     Defendant deprived Plaintiff from selling property.
(vi)    Plaintiff suffered Distress
(vii)   Plaintiff suffered Bodily Injury, Mental and Emotional Harm, Pain and Suffering.


## R e l i e f

**WHEREFORE**, Plaintif pray the Court to grant the following:

1.    Compensatory and Punitive damages in the amount of $10million in favor of Plaintiff, and against Defendant Roundpoint

2.    Order of Null and Void of false claim of $14,655 by Roundpoint

3.    The Court set the Mortgage amount payable each Month from present, through to final life of the 30yr Fixed Rate Mortgage, June 30, 2029; and any increase over the amount set by the Court, due to increase property taxes and or Insurance premiums shall be paid by Mortgagor; and this Order shall be binding on Mortgagee and Mortgagor.

4.    Such injunctive, declaratory, or other relief as may
      be appropriate, including attorney's fees and expenses.


_____
(Plaintiff's Signature)


Melcina Blanton
7727 South Bennett Avenue
Chicago, IL  60649
Tel: 773-896-6757