**FILED**
6/19/2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Melcina Blanton

_____
**Plaintiff(s)**

**vs.**

Roundpoint Mortgage Servicing Corp
  Codilis & Associates
  Locke Lord LLP
_____
**Defendant(s)**

CASE No. ___15CV3156___

JUDGE: ___Hon. Judge Gettleman___

**RECEIVED**

JUN 18 2015

THOMAS G. BRUTON
CLERK, U S DISTRICT COURT

**AMENDED    COMPLAINT**

## OPENING STATEMENTS

Plaintiff is the Owner of Real Estate Property commonly known as 7727 South Bennett Avenue, Chicago, Illinois. On 6/29/2009, Plaintiff mortgaged the property for a loan in the amount of $104,500.00 from Community Bank of Oak Park River Forest. From 6/29/2009 through to 12/30/2013, the loan was serviced by Franklin American Mortgage Corporation (a fine honest Company). On 1/1/2014, Roundpoint took over servicing of the loan and carried on Unscrupulous and Unlawful Acts in the Conduct of Trade or Commerce with regard to the servicing of the loan.

Plaintiff assert "Non-Existence of Default" with regard to payments on the mortgage loan.

# J U R I S D I C T I O N

Federal Courts have Jurisdiction of matters arising under the
United States Coastituition and its Amendments pursuant to
28 U.S.C. 1331, and Diversity of Citizenship pursuant to 28
U.S.C. 1332 (Principal Parties: Plaintiff, citizen of Illinios
and Defendant, citizen of North Carolina); 42 U.S.C. 1983; and
26 U,S.C. 2614; and Pursuant to Federal Statutes DODD FRANK
ACT; Federal Tort Law Act; 12 U.S.C. 2605; 12 CFR CH X;
15 U.S.C. 41; under which the  Defendants are charged and liable.
The matter in controversy exceeds the sum or value of $75,000.

## Cause of Action

United States Constitution First Amendment Right Violation(s);
Fraud and Personal Injury recorgnizable under Federal Tort Laws;
and Debt Collector/Loan Servicer violations recorgnizable under
DODD FRANK Act of United States Congress; 12 CFR CH. X;
15 U.S.C. 41

## COUNT ONE

**MISREPRESENTATION and FRAUD: Wrongful foreclosure. Roundpoint** represented by Codilis acted knowingly and intentionally filed a fraudulent malicious foreclosure law suit against a wrong property and ownership, and asserted misrepresentations, perjury statements before the Court and in deception of the Court, see "EXHIBIT A, paragraph (J)"; **to defraud property owner** and seize/steal property. The foreclosing Parties Roundpoint and Codilis were in possession of all the Payment Record(s) and File(s) of the Mortgage and knew the Note was not in Default, and that all payments of the Mortgage are current; and that they had no right to foreclose. See "EXHIBIT **B, FACTS line 3** **& line 4**, [Plaintiff agree with Codilis assertion, but disagree with the couching "the loan was brought current" is misleading because the loan was never in default and was current all along]; **and "EXHIBIT C"**. Cordilis is a Law Firm and should exercise due diligence and prudence and go to Courts with facts and not carry on perjury statements and fraudulent filings in or before a Court of Law, which caused Melcina Blanton harm and injury; a wrong doing which a law firm knows will cause injury and havoc on a person's life and well being. Codilis is culpable, and one or two elements of Tort are present and applicable (a) Intentional, (b) Negligence. Plaintiff leave it to the Court to choose the appropriate element(s) that fits Roundpoint and Codilis conducts respectively. Roundpoint and Codilis acted with the desire and knowing fully well that their conduct will bring harmful consequences upon property owner Melcina Blanton

and that such consequence will follow and result in Melcina
Blanton loosing ownership of property   Roundpoint and Codilis
conducts severely injured Plaintiff Melcina Blanton.

## R e l i e f

**WHEREFORE,** Plaintiff pray the Court for the following relief:

A.   Compensatory damages in the amount of $10million against
     Roundpoint; and $5million against Codilis; for:

   1.   Wrongful foreclosure.

   2,   Emotional harm, pain and suffering.

   3.   Plaintiff's good financial credit rating ruined.

   4.   Plaintiff suffered severe distress.

   5.   Fraudulent Assertions of Mortgage Default
        and Payments and Loan deliquency in Chancery Court
        of Law to deprive Plaintiff dominion over property.

B.   Punitive damages in the amount of $25million against
     Roundpoint; and $15million against Codilis.

C.   Such injunctive, declaratoey , or other relief as the Court
     sees appropriate including attorney's fees and resonable
     expenses.

## COUNT TWO

UNITED STATES CONSTITUTION FIRST AMENDMENT VIOLATION:

Defendant Roundpoint made Loan Modification offers

seven (7) times to Plaintiff Melcina Blanton.

Plaintiff exercised her fundamental right not to respond

and "Silent" to Roundpoint offer. See "EXHIBIT E" line 2 and

line 3 and line 8. As a result, Roundpoint acted knowingly

ind intentionally became Judge, Jury and Executioner and executed

the threat and punishment against Melcina Blanton exactly in

accordance with EXHIBIT E, Paragraph 2, line 3, line 4, and

Line 5. Once Melcina Blanton chose to be "Silent" The ethical

code of lawful conduct is Roundpoint should cease and desist

from carrying out any threat and or any injurious action against

Melcina Blanton. No person should be threatened and or punished,

for asserting fundamental right of "Silent" a freedom of
expression protected by United States Constituition First
Amendment. This violation of Plaintiff's Constitutional

right disrupted and diminished Plaintiff's emotional tranquility

and Plaintiff suffered severe distress, emotional harm, pain

and suffering as a result of Roundpoint conduct.


## R e l i e f

WHEREFORE, Plaintiff ask the Court for the following relief:

    A.    Compensatory damages in the amount of $8million in

        favor of Plaintiff, and against Defendant Roundpoint.

B.  Punitive damages in the amount of $15million in favor
of Plaintiff, and against Defendant Roundpoint.

C.  Such Injunctive, declaratory, or other relief as the
Court sees fit, including attorney's fees and expenses

## COUNT THREE

ILLEGAL SEIZURE OF MONEY AND FIRST AMENDMENT VIOLATION
Roundpoint intentionally continued the punishment of Melcina
Blanton and seized Melcina Blanton's Mortgage loan payments
in the amount of $3,458 in violation of law. Roundpoint kept
this money and never applied it to the mortgage loan and never
return the money to Melcina Blanton. This seizure of Plaintiff's
money which main reason is because Plaintiff did not respond,
and "Silent" to Roundpoint's offer of loan modification, is
a contravention of freedom of expression protected by the First
Amendment of the United States Constitution.
Plaintiff suffered severe distress, and emotional harm, pain
and suffering as a reult of Roundpoint's conduct. Defendant
Roundpoint's conduct is malice. The intent of the seizure is
to deprive Plaintiff dominion over property and fulfil the desire
of Roundpoint. The intent element of tort is satisfied herein
when Roundpoint acts with desire to bring about harmful
consequences and Roundpoint is certain that such consequence
will follow and result in Melcina Blanton loosing ownership
of property.

### R e l i e f

**WHEREFORE,** Plaintiff ask the Court for the following relief:

A. Compensatory damages in the amount of $3million in favor of Plaintiff, and against Defendant Locke Lord.

B. Punitive damages in the amount of $6million in favor of Plaintiff, and against Defendant Locke Lord.

C. Such injunctive, declaratory, or other relief as the Court sees appropriate, including attorneys fees and expenses.

### COUNT FOUR

ACCESSORY TO VIOLATION OF U.S. CONSTITUTION FIRST AMENDMENT: The Letter of threat that led to the punishment of Melcina Blanton by Roundpoint was written by Locke Lord and on Locke Lord letterhead and delivered to Melcina Blanton by Locke Lord, (e.g. Just like a Driver who drove a Bank Robber to a Bank to commit Bank robbery). Locke Lord is an accessory to Roundpoint's violation of Melcina Blanton's First Amendment right of the United States Constitution. Locke Lord is culpable in tort.
**WHEREFORE,** Plaintiff pray the Court for the following relief:

A. Compensatory damages in the amount of $1million in favor of Plaintiff, and against Defendant Locke Lord.

B. Punitive damages in the amount of $3million in favor of Plaintiff, and against Defendant Locke Lord.

C. Such injunctive, declaratory, or other relief as the Court deems necessary including attorneys fees and expenses..

## COUNT FIVE

MISREPRESENTATION AND FRAUD:  Pursuant to EXHIBIT B and
EXHIBIT C, after Roundpoint lost its foreclosure law suit
Roundpoint made himslf Judge, Jury and Executioner and prceeded
knowingly and intentionally and filed false reports at Credit
Bureaus on September 10, 2014 (just 14 days after EXHIBIT C)
and Roundpoint claimed and demanded payment of the amount of
$5,315 and Roundpoint stated the amount is 120 days past due
**"EXHIBIT F" – that is May, 2014, from the date of EXHIBIT C.
It is a false claim. The claim has been litigated and done with
in Cook County Chancery Court. See EXHIBIT B and EXHIBIT C.**

Pes Adjudicata. Further, Roundpoint subsequent additions to
this sum of $5,315 which now **total the sum of $10,600 as of
3/16/15, "EXHIBIT G" is a false claim, a ransom, to swindle
property and ownership.** Melcina Blanton do not owe one cent
of the money claimed by Roundpoint in its filings at the Credit
Bureaus. Roundpoint cannot prove Melcina Blanton owe this money
or any amount claim by Roundpoint. Roundpoint conduct is
fraudulent assertions of loan deliquency, and malice to inflict
false loan deliquency upon Melcina Blanton and deprive
Melcina Blanton dominion over property. The intent element factor
of tort is reasonably apparent and accomplished when Roundpoint
acts with desire to bring about harmful consequences and
Roundpoint is certain that such consequence will ensue and result
in Melcina Blanton facing property foreclosure.
Plaintiff suffered the following as a result of Defendant
 oundpoint's conduct.

1.  Roundpoint ruined Melcina Blanton's good financial credit rating.

2.  Plaintiff suffered severe distress.

3.  Plaintiff suffered emotional harm, pain and suffering.

4.  Roundpoint deprived Plaintiff the freedom from deception.

5.  Plaintiff suffered fright.


**WHEREFORE,** Plaintiff pray the Court for relief as follows:

A.  Compensatory damages in the amount of $10million in in favor of Plaintiff, and against Roundpoint.

B.  Punitive damages in the amount of $15million in favor of Plaintiff, and against Roundpoint.

C.  Such injunctive, declaratory, or other relief as the Court sees fit including attorneys fees and expenses.

## COUNT SIX

EMBEZZLEMENT and FRAUD: Defendant Roundpoint acted knowingly and intentionally embezzled Plaintiff's Escrow Property Tax Money on 1/1/2014 in the amount of $1,737.15 **"EXHIBIT H"**. As a result, Roundpoint failed to pay Cook County Property Tax 2013 First Installment in the amount of $1,433.58 due 03/2014; resulting in detrimental exposure of Plaintiff's property to County Tax Lien and County Tax Sale.

As a result of Roundpoint's conduct, Plaintiff suffered the following:

1. Fright
2. Distress
3. Emotional harm, **pain and** suffering

## R e l i e f

**WHEREFORE,** Plaintiff ask the Court to grant the following:

A. Compensatory damages in the amount of $2million in favor of Plaintiff, and against Defendant Roundpoint.

B. Punitive damages in the amount of $5million in favor of Plaintiff, and against Defendant Roundpoint.

C. Order Property Tax and Hazard Insurnce not be escrowed and Mortgagor continue payments of these two items and send fascimile of payment receipts to Mortgagee within 15 days from date of payment. Mortgagee is is not prejudiced nor injured by this Order and Mortgagee shall continue to enjoy the right(s) and privileges to make payments of tax and insurance

and send fascimile of receipt to Mortgagor who shall have 30 days to make full reimbursement of such payment(s) to Mortgagee.

D.  Injunctive, declaratory, or other relief as the Court sees fit and necessary, including attorney's fees and expenses.

## COUNT SEVEN

COVER-UP OF EMBEZZLEMENT and OBSTRUCTION OF JUSTICE:
Defendant Locke Lord acted knowingly and intentionally deceitful
and wrote a deceptive letter on October 20, 2014, **"EXHIBIT I"**
to spin and Cover-Up the embezzlement of Plaintiff's property
tax money by Defendant Roundpoint, and deprive Plaintiff
from exercising lawful Constitutional right to bring Roundpoint
to justice for embezzlement of property tax funds. Evidence
presented by Cook County Treasurer and which the treasurer is
prepared to present to this Court conclusively prove Locke Lord
Statement in "EXHIBIT I, Paragraph One, Line one, Line two,
Line three, are false and never occur.

As a result of Locke Lord's conduct, Plaintiff was injured as
follows:

1). Defendant Locke Lord deceitfully deprived Plaintiff from
exercising lawful Constitutional right to pursue
justice against Roundpoint to recover Plaintiff's money
which Roundpoint embezzled,

2 Plaintiff suffer emotional harm, pain and suffering.

### R e l i e f

**WHEREFORE.** Plaintiff pray for the following:

A. Compensatory damages in the amount of $1million    ,
in favor of Plaintiff, and against Defendant Locke Lord.

B. Punitive damages in the amount of $1million in favor
of Plaintiff, and against Defendant Lock Lord.

C. Such other and further relief as the Court deems just.
including attorneys fees and expenses.

## COUNT EIGHT

**MISREPRESENTATION, EMBEZZLEMENT and FRAUD:** Defendant Roundpoint
acted knowingly, intentionally, willfully and maliciously
commited falsifications of Mortgage Billings and Statements
to cheat and defraud property owner and manufacture false loan
default. See "EXHIBIT J". Roundpoint is lawless and has no
respect for Law and Order, going behind Court of Law and "Double
Dip" demanding property owner to pay again a second time for
the Months of May, June, July, and August, 2014, which the
Chancery Court had settled, and <u>Res Adjudicata</u>; EXHIBIT B and
EXHIBIT C, and further, Roundpoint imposing false 351 days loan
deliquency upon property owner and threatening foreclosure of
property, and furthermore, all the Months listed under
"Delinquency Information" which Roundpoint is demanding payment
and the total amount due of $16,809.33 of this EXHIBIT J, lack
Validity and is fraud. Roundpoint prey on the fear of HomeOwner
loosing their home. Pursuant to EXHIBIT B and EXHIBIT C,
Roundpoint billing can only commence from September 1st, 2014.
From this date through to present June 2015, is only 9 months
multiply by $1,063.15 monthly mortgage amount, does not add-up
nor fit the sum of $16,809; also EXHIBIT F does not add-up nor
fit. If it does'nt add-up and it does'nt fit, its fraud!
Plaintiff duly made full and timely payment of Principal,
Taxes, Interest and Insurance for the fiscal year ending 2014.
**"EXHIBIT K"** and "EXHIBIT L". As for the fiscal year 2015
beginning in January, Plaintiff Melcina Blanton duly has made

full and timely payments through to present for Principal, Interest, Taxes and Insurance. "EXHIBIT M" and "EXHIBIT N". **Melcina Blanton (Mortgagor) do not owe Roundpoint one cent of the amount of $16,809.33, which Roundpoint demand payment.** It should be mentioned that Plaintiff is cheated every month by Roundpoint charges of the sum of $1,063/1,031 which are false/fraud. Roundpoint is operating a criminal fraud operation in Trade or Commerce. Plaintiff has complained and complained to Roundpoint about its false charges and billings but Roundpoint do not listen. Roundpoint use the lien it has to commit fraud and harm/injure property owner. The intentional element of torts is satisfied when the tortfeasor acts with the desire to bring about harmful consequences and is substantially certain that such consequences will follow and result in Melcina Blanton loosing ownership of property. Melcina Blanton was severely injured as a result of Roundpoint's conduct. Plaintiff suffered the following.

1. Fraudulent assertions of loan payments amounts and statements.
2. False asertions of loan deliquency.
3. Fraudulent interference offering of loan modification offer to deprive Plaintiff dominion over property.
4. Plaintiff is deprived freedom from deception.
5. Plaintiff suffered severe duress.
6. Plaintiff is deprived emotional tranquility.
. Plaintiff suffered emotional harm, pain and suffering.

These sufferings are caused by Roundpoint's intentional doing of misrepresentations and fraud and taking Melcina Blanton's money and never post the money in any mortgage statements and make it look like Melcina Blanton never make mortgage payments of Principal, interest,taxes and Insurance.

## R e l i e f

WHEREFORE, Plaintiff pray the Court for the following relief.

A.   Compensatory damages in the amount of $15million in favor of Plaintiff, and against Defendant Roundpoint.

B.   Punitive damages in the amount of $25million in favor of Plaintiff, and against Defendant Roundpoint.

C.   injunctive, declaratory,or other relief as the Court deems necessary, including attorneys fees and expenses.

Melcina Blanton

Melcina Blanton
7727 South Bennett ave
Chicago, IL  60649

June 9, 2015

RoundPoint Mortgage Servicing Corporation
P.O. Box 19789
Charlotte, NC 28219-0409

      Re:    1001138641
              7727 S. Bennett, Chicago, IL 60649

Dear Sir or Madam:

Please consider this letter to constitute a Notice of Error under 12 CFR Section 1024.35 of Regulation X of the Mortgage Servicing Act under RESPA. Please be advised that you must acknowledge receipt of this Notice within five days (excluding legal public holidays, Saturdays and Sundays) and must advise us of your responses to this Notice within 30 days of receipt (excluding legal public holidays, Saturdays and Sundays).

<u>Statement of Errors</u>

The errors you have made include, but are not limited to, the following:

1. You have failed to accept payments from me.
2. You have also failed to apply accepted payments to principal, interest, escrow or other charges under the terms of the mortgage loan and applicable law.
3. You have failed to credit payments to my mortgage loan account as of the date of receipt in violation of the prompt crediting provisions in 12 C.F.R. 1026.36(c)(1).
4. You have imposed fees that you lack a reasonable basis to impose.

As you know, a previous foreclosure case in the Circuit Court of Cook County, Illinois (case number 14 CH 12508) was voluntarily dismissed by your counsel on **August 27, 2014** because, pursuant to your counsel's admission in file-stamped official court documents, the mortgage loan was <u>current</u>.

Meanwhile, you sent me a letter dated **August 15, 2014** entitled "Notice of Default and Intent to Accelerate." The letter stated that "the loan is due for 5/1/2014 and subsequent payments, plus late charges, fees and costs" and claimed that the account "is in default for failure to pay amounts due."

Additionally, I received a statement from you dated **August 18, 2014** that claimed that the payments for May, June, July, August, and *September* were due and that I owed $5,709.67. Besides the fact that the September payment could not possibly be due in August, this is obviously not true, as your counsel had expressly acknowledged that my payments were current.

The August 18 statement also references unpaid late charges, "charges and fees," and a suspense balance which are without basis given the loan's current status. Please itemize these charges and explain: (1) when said "late charges" were assessed; (2) what "charges and fees" you added to my balance and when you added them; (3) trace the origin of the suspense balance; and (4) explain the "partial payment" of $175.81 that is present on the August 18, 2014 statement, as it is my understanding that my payments were complete. .

My statements also reflect that, right after the August 18 statement was issued, you added several "corporate advance" charges to my statement in August and September of 2014. One such "corporate advance" on 9/12/14 is called "Attorney Corp Advance Disb" for $1,312.50. I believe those fees were erroneously added to my account balance, as your attorneys dismissed the case against me because my account was current. I should never have been charged for attorney fees and at any rate, I believe that you did not pay said attorney fees and cannot prove that you did.

There are myriad additional corporate advances on my November 14, 2014 statement that should never have been assessed to my account, such as "Property Preservation Corp Adv" (there is no contractual basis for property preservation, seeing that my property is and has been occupied throughout this terrible ordeal) and several "Statutory Corp Advance" fees on 9/12/14 of $437.00, $52.00, $136.00, and $475.00, respectively. What are those charges for and why were they assessed to my account? Please (1) explain the basis for these fees; (2) explain to whom these fees were paid; and (3) explain for what service(s) these fees were assessed and when.

Also, with regard to the November, 2014 statement (I did not receive one for October), I noticed that there is an entry for "partial payment (unapplied)" for $320.73. Please explain this line item.

I received a letter from Courtney Nogar of Locke Lord LLP dated December 30, 2014 stating that RoundPoint had "offered to approve you for a permanent loan modification" and stating that "you remain in arrears on your loan." Ms. Nogar asked me to sign a loan modification stating that there was a "shortage of funds in your escrow account in the amount of $1,552.20. I knew this statement to be false because I am in possession of bank receipts for my payments of taxes and insurance through July of 2014. Thereafter, I wrote a separate check (#1834) to Round Point for $1,176.72 that I had denoted to be applied to my escrow account. My bank records reflect that my check was posted on August 8, 2014. Naturally, I declined to sign a "loan modification" under these circumstances and will continue to refuse to do so as long as these and other charges remain on my account.

In the period of time following your voluntary dismissal of the foreclosure proceedings, I have made payments to you that you have not credited to my account. Although I have sent dispute letters to you, you have failed to correct the problem. In fact, your attorney Courtney Nogar at Locke Lord LLP wrote to me stating that I was not allowed to contact you with this notice, despite the fact that the law requires me to send Notices of Error and Requests for Information to this address. I am under no legal obligation to send my letter to Ms. Nogar in lieu of sending this letter to the official address for Notices of Error; and in fact, if I were to do so, I would not be preserving my rights under Federal law. Please note that I have cc'd Ms. Nogar.

2

Incidentally, Ms. Nogar sent a "pay history" to me with her letter. The pay history is very interesting in that it contains "late charge assessments" during a time that the loan was actively in a (wrongful) foreclosure. If indeed the loan had been accelerated in order for you to foreclose on the loan, there should have been absolutely no late charges added to the loan during this time as an accelerated loan should not be subject to "late" charges. The transaction history further reflects that I was, indeed, making payments, but you were apparently taking those payments and putting them in suspense – and then charging me a late fee. The "pay history" is also incomplete in that it only goes back to November 1, 2013, which was apparently the date that servicing of the loan was boarded by this particular servicer.

Remember the payment I made for $1,176.72? As you know, it cleared my bank; I have a copy of the canceled check. However, that payment isn't reflected anywhere in the pay history that your attorney sent me. Instead, on August 8, 2014 I see a payment for $1,868.41, of which a large chunk was applied to the March, 2014 payment (very strange, considering that my account was current in August). The rest was apparently placed in suspense and then was later used to "refund" yourselves for an advance you made (for what, I have no idea, as the taxes were paid).

In addition to your explanations, please provide a <u>complete</u> pay history from the inception of the loan to the present time and <u>include an explanation of all transaction codes</u> so that the pay history can be deciphered.

I look forward to hearing from you.

Very truly yours,

Melcina Blanton

cc: Credit Bureaus

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

| | |
|---|---|
| RoundPoint Mortgage Servicing Corporation<br>PLAINTIFF | ["EXIBIT A"] |
| Vs. | No. |
| Melcina Blanton; City of Chicago; Unknown Owners and Nonrecord Claimants<br>DEFENDANTS | 7727 S. Bennett Avenue<br>Chicago, IL 60649 |

## COMPLAINT TO FORECLOSE MORTGAGE

NOW COMES the Plaintiff, ROUNDPOINT MORTGAGE SERVICING CORPORATION, by and through its attorneys, CODILIS & ASSOCIATES, P.C., complaining of the defendants herein and, pursuant to 735 ILCS 5/15-1101, states as follows:

1. Plaintiff files this Complaint to Foreclose the mortgage, trust deed or other conveyance in the nature of a mortgage (hereinafter called "Mortgage") hereinafter described, and names the persons identified in the above caption as "Defendants", as parties hereto.

(G) Interest subject to the mortgage: Fee Simple.

(H) Amount of original indebtedness:

(1) Original Indebtedness: $104,500.00

(I) Both the legal description of the mortgaged real estate and the common address or other information sufficient to identify it with reasonable certainty:

LOT 32 AND THE NORTH 2/3 OF LOT 31 IN BLOCK 18 IN SOUTHFIELD, BEING A SUBDIVISION OF BLOCKS 17, 18, 19, 22, 23, 24, 26, 27, 28, 29, 30, 31, AND 32 IN JAMES STINSON'S SUBDIVISION OF EAST GRAND CROSSING IN THE SOUTHWEST 1/4 OF SECTION 25, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**COMMONLY KNOWN AS:**     7727 S. Bennett Avenue
Chicago, IL 60649

**TAX PARCEL NUMBER:** 20-25-322-008

(J) Statement as to defaults: Mortgagors have not paid the monthly installments of Principal, taxes, Interest and insurance for 02/01/2014, through the present; the Principal balance due on the Note and the Mortgage is $97,794.17, plus Interest, costs, advances and fees. Interest accrues pursuant to the Note, and the current per diem is $15.41.

(K) Name of present owner(s) of said premises:
Melcina Blanton

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FIRST MUNICIPAL DISTRICT

MELCINA BLANTON,

            PLAINTIFF

    Vs.

ROUNDPOINT MORTGAGE SERVICING
CORPORATION; CODILIS & ASSOCIATES,
               DEFENDANTS

"*EXHIBIT B*"

No. 14 M1 136678

## DEFENDANT CODILIS & ASSOCIATES'
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Codilis & Associates, by and through its attorneys, Codilis & Associates, P.C., in support of its motion states as follows:

### FACTS

Defendant RoundPoint Mortgage Servicing Corporation filed a prior foreclosure lawsuit against Plaintiff. *See* Ex. A.[1] The action, 2014 CH 12508, was filed on July 31, 2014. Defendant Codilis & Associates acted as RoundPoint Mortgage's counsel in the action. The subject loan was brought current and case 2014 CH 12508 was dismissed on August 27, 2014. *See* Ex. B.

On July 8, 2014, Plaintiff filed this action. On September 4, 2014, he was granted leave to amend the Complaint, *instanter*. *See* Ex. C. The Amended Complaint names Codilis & Associates as a defendant in the caption, but does not mention Codilis & Associates in the body of the Complaint.

### LAW

Section 2-615 of the Code of Civil Procedure allows a court to dismiss a cause of action when it is substantially insufficient in law. *See* 735 ILCS 5/2-615(a).

---

[1] The exhibits to the foreclosure complaint have been omitted to prevent a voluminous motion.

1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

RoundPoint Mortgage Servicing Corporation
PLAINTIFF

Vs.

Melcina Blanton; City of Chicago; Unknown Owners and
Nonrecord Claimants

DEFENDANTS

*EXHIBIT C*

No. 14 CH 012508

7727 S. Bennett Avenue
Chicago, IL 60649

## DISMISSAL ORDER

THE ABOVE CAUSE coming on to be heard on Plaintiff's Motion to Dismiss, the Court being advised that no Judgment for Foreclosure and Sale has been entered in this case, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint to Foreclose Mortgage is hereby dismissed without prejudice, and without

further cost;

2. Case Management Dates of 09/29/14 is stricken.

ENTER: _____

DATED: _____

Codilis & Associates, P.C.
Attorneys for Plaintiff
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
Cook #21762
14-14-11747

Judge Michael T. Mullen

AUG 27 2014

Circuit Court - 2084



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com

Courtney Nogar
Direct Telephone: 312-443-1775
Direct Fax: 312-896-6798
cnogar@lockelord.com

*EXHIBIT E*

December 30, 2014

**VIA FEDERAL EXPRESS**

Ms. Melcina Blanton
7727 South Bennett Avenue
Chicago, Illinois 60649

Re:   **Property Address:  7727 South Bennett Avenue, Chicago, Illinois 60649**
      **Loan Number:  1001138641**

Dear Ms. Blanton:

*[handwritten: do not gai up trial modification application my loan payments]*

As you know, we represent RoundPoint Mortgage Servicing Corporation in connection with the dispute over your above-referenced mortgage loan.  On July 10, 2014, RoundPoint offered you a trial modification plan in order to resolve any issue with your loan.  RoundPoint applied your subsequent payments (which, as you know, were short of the required monthly payments due under the ordinary terms of your loan) to your trial modification plan.  Subsequently, on November 18, 2014, we sent you an offer letter enclosing a permanent loan modification agreement and a settlement agreement in order to resolve the dispute over your loan.  As of the date of this letter, we have not received any response.

*[handwritten: unilateral obligation acts by Roundpoint without mortgage consent]*

As you know, you remain in arrears on your loan.  Although RoundPoint accepted your trial modification payments and offered to approve you for a permanent loan modification, <u>without the signed modification and settlement documents RoundPoint will not accept or apply any further payments to the loan.</u>  If we do not hear from you by January 6, 2015, RoundPoint will return any unapplied payments and refer the loan to foreclosure.

We hope that you will agree to RoundPoint's settlement proposal and promptly return the signed documents.

*Please be advised this letter is an attempt to collect a debt and any information will be used for that purpose.*

Atlanta, Austin, Chicago, Dallas, Hong Kong, Houston, London, Los Angeles, New Orleans, New York, Sacramento, San Francisco, Washington DC



| | |
|---|---|
| **File Number:** | ▓▓▓▓ |
| **Date Issued:** | 10/01/2014 |

-Begin Credit Report-

**TransUnion.**

## Personal Information

You have been on our files since 07/01/1985

**SSN:** ▓▓▓▓

**Date of Birth:** ▓▓▓▓

"*EXHIBIT F*"

**Names Reported:** MELCINA A. BLANTON

### Addresses Reported:

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|
| 7727 S BENNETT AVE, CHICAGO, IL 60649-4605 | 07/03/2009 | ▓▓▓▓▓▓ 7727 S BENNETT AVE APT 205, CHICAGO, IL 60649-4605 | 08/17/2009 |

### Telephone Numbers Reported:

(773) 896-6757

### Employment Data Reported:

| Employer Name | Date Verified | Location | Position | Date Hired |
|---|---|---|---|---|
| | | | | |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

### Remark Key

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as "Remarks". The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets >< indicates that this remark is considered adverse.

**CBG** CLOSED BY CREDIT GRANTOR   **CLO** CLOSED

## Adverse Accounts

**ROUND POINT MORTGAGE** #596100113**** ( PO BOX 19409, CHARLOTTE, NC 28219, Phone number not available )

| | | | | |
|---|---|---|---|---|
| **Date Opened:** | 06/25/2009 | **Date Updated:** | 09/10/2014 | **Pay Status:** >Account 120 Days Past Due Date< |
| **Responsibility:** | Individual Account | **Payment Received:** | $0 | **Terms:** $1,063 per month, paid Monthly for 360 months |
| **Account Type:** | Mortgage Account | **Last Payment Made:** | 08/08/2014 | >Maximum Delinquency of 120 days in 07/2014 |
| **Loan Type:** | CONVENTIONAL REAL ESTATE MTG | | | for $6,482 and in 09/2014 for $5,315< |

**High Balance:** High balance of $104,500 from 02/2014 to 09/2014
**Mortgage Info:** Fannie Mae ID #10034930700600 9754 Acct #1709835187
**Estimated month and year that this item will be removed:** 02/2021

| | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 |
|---|---|---|---|---|---|---|---|---|
| **Balance** | $97,368 | $97,368 | $97,794 | $97,794 | $97,794 | $97,794 | $97,794 | $97,794 |
| **Scheduled Payment** | $1,063 | $1,063 | $1,167 | $1,167 | $1,167 | $1,167 | $1,167 | $1,167 |
| **Amount Paid** | $0 | $3,292 | $0 | $0 | $0 | $0 | $0 | $1,166 |
| **Past Due** | | | | | | | $0 | $0 |
| **Rating** | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | OK | OK |



INFORM ❯ ENRICH ❯ EMPOWER™

March 18, 2015

MELCINA BLANTON
7727 S BENNETT AVE
CHICAGO, IL 60649-4605

*EXHIBIT G*

# Alers

Dear Melcina Blanton :

Equifax Credit Watch™ with 3-in-1 Monitoring has detected change(s) to your file at one or more of the credit reporting agencies. If the change(s) was not initiated by you, it could be a warning sign of identity theft. Only you can determine whether a reported change is legitimate. If you do not recognize the change(s) you should investigate the situation as soon as possible.

## TransUnion

### Existing Account Change

| Alert Date: 3/16/15 | Company Account Name | Account Number | Date Opened | Account Status | Items as of Date Reported | | Most Recent Date Reported | Comments on Account |
|---|---|---|---|---|---|---|---|---|
| | | | | | Balance | Past Due | | |
| New Information | ROUND POINT MORTGAGE | | | 120 days past due | $0 | $10,600 | | |

Contact ROUND POINT MORTGAGE at:
PO BOX 19409
CHARLOTTE, NC 28219

If you have questions about this alert notification, please contact our customer care team at 1-800-437-4179 or email us at customer.care@equifax.com.

Regards,

Your Equifax Personal Solutions Customer Care Team

## ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow shortage or surplus. Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity.

*EXHIBIT H*

### TABLE 1 - ACCOUNT PROJECTIONS

| Month | Description | Payments Estimate | Disbursements Estimate | Total Balance | Minimum Required | Difference |
|-------|-------------|-------------------|------------------------|---------------|------------------|------------|
|  | Beginning Balance |  |  | $1,737.15 |  |  |
| January | MORTGAGE INS | 503.35 | 163.72 | 2,076.78 | 679.26 | 1,397.52 |
| February | MORTGAGE INS | 503.35 | 163.72 | 2,416.41 | 679.26 | 1,737.15 |
| February | COUNTY TAX | 0.00 | 1,426.62 | 989.79 | 679.26 | 310.53 |
| March | MORTGAGE INS | 503.35 | 163.72 | 1,329.42 | 679.26 | 650.16 |
| April | MORTGAGE INS | 503.35 | 163.72 | 1,669.05 | 679.26 | 989.79 |
| May | MORTGAGE INS | 503.35 | 163.72 | 2,008.68 | 679.26 | 1,329.42 |
| June | MORTGAGE INS | 503.35 | 163.72 | 2,348.31 | 679.26 | 1,669.05 |
| June | HAZARD INS | 0.00 | 1,469.00 | 879.31 | 679.26 | 200.05 |
| July | MORTGAGE INS | 503.35 | 163.72 | 1,218.94 | 679.26 | 539.68 |
| July | COUNTY TAX | 0.00 | 1,179.88 | 39.06 | 679.26 | -640.20 ** |
| August | MORTGAGE INS | 503.35 | 163.72 | 378.69 | 679.26 | -300.57 |
| September | MORTGAGE INS | 503.35 | 163.72 | 718.32 | 679.26 | 39.06 |
| October | MORTGAGE INS | 503.35 | 163.72 | 1,057.95 | 679.26 | 378.69 |
| November | MORTGAGE INS | 503.35 | 163.72 | 1,397.58 | 679.26 | 718.32 |
| December | MORTGAGE INS | 503.35 | 163.72 | 1,737.21 | 679.26 | 1,057.95 |

**Low Balance used to determine escrow shortage or surplus. The Escrow Account Balance displays the amount actually required to be on hand as specified by Federal law, state law and your mortgage documents, and may include a cushion of up to 1/6th of the scheduled escrowed disbursements. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.

### TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Description | Payments Estimate | Payments Actual | Disbursements Estimate | Disbursements Actual | Total Balance |
|-------|-------------|-------------------|-----------------|------------------------|----------------------|---------------|
| History | Beginning Balance |  |  |  |  | $0.00 |
| November | MORTGAGE INS | 0.00 | 1,481.69 E | 0.00 | 163.72 E | 1,317.97 |
| December |  | 0.00 | 419.18 E | 0.00 | 0.00 E | 1,737.15 |

An asterisk (*) indicates a difference between the estimated and actual payments and disbursements. The letter E beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

RoundPoint appreciates your business. If you have questions regarding this statement or if we can be of further assistance please call us at 877-426-8805. Our offices are open Monday through Friday 8:00 a.m. to 10:00 p.m. and Saturday from 8:00 a.m. to 12:00 p.m. Eastern Time.

**FEDERAL LAW REQUIRES US TO ADVISE YOU THAT ROUNDPOINT MORTGAGE SERVICING CORPORATION (NMLS ID#18188) IS A DEBT COLLECTOR AND THAT THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION. IF YOUR ARE REPRESENTED BY AN ATTORNEY, PLEASE PROVIDE US THE ATTORNEY'S NAME, ADDRESS, AND TELEPHONE NUMBER.**

Notice to Customers:  RoundPoint may report information about your mortgage account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Colorado Residents:  RoundPoint maintains an in-state office as required by 4 Code of Colorado Regulations 903-1. Colorado Manager, Inc., 80 Garden Center, Suite 3, Broomfield, CO 80020 Phone: 303-920-4763.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com

Courtney Nogar
Direct Telephone: 312-443-1775
Direct Fax: 312-896-6798
cnogar@lockelord.com

"*EXHIBIT I*"

The payment history for your loan account shows that on February 11, 2014, RoundPoint paid $1,433.58 to the Cook County Treasurer for the first installment of your 2013 real estate taxes. The payment was refunded on April 22, 2014, however, because the taxes had already been paid on February 4, 2014, as reflected on the enclosed screenshot from the

Atlanta. Austin. Chicago. Dallas. Hong Kong. Houston. London. Los Angeles. New Orleans. New York. Sacramento. San Francisco. Washington DC

Melcina Blanton
October 20, 2014
Page 2

Cook County Treasurer's website. It therefore appears that you paid the first installment of your 2013 real estate taxes directly to the Cook County Treasurer before RoundPoint paid them on your behalf in February 2014. Both payments were timely as the tax payment was not due until March 4, 2014.

As you know, your monthly mortgage payment includes amounts to be held in escrow for the payment of your real estate taxes. Section 3 of your Mortgage states that you are required to pay to your Lender (through RoundPoint as servicer) monthly payments that *include* amounts due for taxes and assessments. Therefore, there was no need for you to pay the first installment of your 2013 real estate taxes directly to the Cook County Treasurer. Nevertheless, the full amount refunded by the Cook County Treasurer has been deposited back into your escrow account for the payment of future expenses. As a result, you have not been charged any more than what you would have been charged had your taxes not been paid twice.

Separately, although also related to your escrow account, RoundPoint received the



# ROUNDPOINT
MORTGAGE SERVICING CORPORATION
PO Box 19409
Charlotte, NC 28219-9409

# Mortgage Statement



**Statement Date:** **May 18, 2015**

 *Online Information: www.rpmservicing.com*
Click "Sign in"

 Telephone: 877-426-8805
Monday - Friday, 8:00 a.m. to 10:00 p.m. Eastern Time
Saturday, 8:00 a.m. to 12:00 p.m. Eastern Time

*EXHIBIT J*

007026
MELCINA BLANTON
7727 S BENNETT
CHICAGO, IL 60649

 Fax: 877-776-1112

 RoundPoint Mortgage Servicing Corporation
Correspondence
PO Box 19409
Charlotte, NC 28219-9409

| Loan Number: | 1001138641 |
|---|---|
| Next Payment Due Date: | 06/01/2015 |
| **Amount Due:** | **$16,809.33** |

*$30.49 late fee will be charged if payment is not received in our office by 06/16/2015*

**Property Address:**
7727 S BENNETT
CHICAGO IL 60649

## Account Information

| | |
|---|---|
| Loan Due Date | 06/01/2014 |
| Outstanding Principal | $97,225.17 |
| Interest Rate | 5.750% |
| Prepayment Penalty | No |
| Escrow Balance | -$1,436.52 |
| Corporate Advance Balance | -$2,747.50 |
| Suspense Balance | $691.69 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $152.46 |
| Interest | $457.37 |
| Escrow (Taxes and Insurance) | $422.07 |
| Additional Monthly Amounts** | $0.00 |
| **Regular Monthly Payment** | **$1,031.90** |
| Unpaid Late Charges | $365.88 |
| Charges and Fees** | $2,747.50 |
| Past Due Payment(s) | $12,664.05 |
| **Total Amount Due** | **$16,809.33** |
| | **See back |

## Transaction Activity (04/17/15 to 05/18/15)

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amounts | Charges and Fees | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 04/21/15 | MIP/PMI Disbursement | $0.00 | $0.00 | -$81.86 | $0.00 | $0.00 | $0.00 | -$81.86 |
| 04/21/15 | Escrow Advance | $0.00 | $0.00 | $81.86 | $0.00 | $0.00 | $0.00 | $81.86 |
| 04/28/15 | Property Preservation Corp Adv | $0.00 | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | -$15.00 |
| 05/18/15 | Late Charge Assessment | $0.00 | $0.00 | $0.00 | $0.00 | -$30.49 | $0.00 | $0.00 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow *(Taxes & Insurance)* | $0.00 | $0.00 |
| Additional Monthly Amounts | $0.00 | $0.00 |
| Charges and Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $691.69 |
| **Total** | **$0.00** | **$691.69** |

### Important Information About Partial Payments

* Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

## Delinquency Information

**You are currently late on your mortgage payments.** Your account became delinquent on 06/01/2014. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 05/18/2015, you are 351 days delinquent on your mortgage loan.

**Recent Account History**
* Payment Due 12/01/14 Unpaid Amount of $1,063.15.
* Payment Due 01/01/15 Unpaid Amount of $1,063.15.
* Payment Due 02/01/15 Unpaid Amount of $1,063.15.
* Payment Due 03/01/15 Unpaid Amount of $1,031.90.
* Payment Due 04/01/15 Unpaid Amount of $1,031.90.
* Payment Due 05/01/15 Unpaid Amount of $1,031.90.
Current payment due 06/01/15: $1,031.90.
**Total Amount Due: $16,809.33. You must pay this amount to bring your loan current.**
**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

90007zRPM602

| TOTAL PAYMENT DUE | Property Index Number (PIN) | Volume | Code | Tax Y |
|---|---|---|---|---|
| **$1,433.58**<br>By 03/04/14 (on time) | 20-25-322-008-0000 | 263 | 70001 | 20 |

EXHIBIT K

| IF PAYING LATE<br>PLEASE PAY | 03/05/14-04/01/14<br>$1,455.08 | 04/02/14-05/01/14<br>$1,476.58 | 05/02/14<br>$ |
|---|---|---|---|

## TAXING DISTRICT DEBT AND FINANCIAL

| Your Taxing Districts | Money Owed by Your Taxing Districts | Pension and Healthcare Amounts Promised by Your Taxing Districts | |
|---|---|---|---|
| Metro Water Reclamation Dist of Chicago | $3,100,642,000 | $2,531,184,223 | |
| Chicago Park District | $1,338,798,000 | $1,011,783,304 | |
| Board of Education Chicago | $12,202,793,000 | $20,012,143,000 | |
| Chicago Community College Dist | $129,439,340 | $112,458,352 | |
| City of Chicago | $34,923,854,000 | $30,770,237,000 | |
| Cook County Forest Preserve District | $187,950,000 | $318,850,49 | |
| County of Cook | $7,487,394,994 | $15,264,096,07 | |
| **Total** | **$59,370,869,334** | **$70,020,752,444** | **$39,789,030,398** |

For a more in-depth look at government finances and how they affect your taxes, visit *cookcountytreasurer.com.*

Special benefits for Chase checking customers! Take advantage of exclusive offers on many Chase products. To learn more visit chase.com/exclusives or talk to a banker today!

My Transaction Summary

*******************************************

Transaction #48
Payment-Cook County
Account Number: 20253220080000
                                    $1,433.58
..................................

JPMorgan Chase Bank, N.A.
Dearborn and Ohio, Branch 000956
        1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
     02/04/2014 12:46

Business Date 02/04/2014
Session #20

Thank you - Angela
Cashbox #01

## IMPORTANT MESSAGES

- Pay this bill at cookcountytreasurer.com or at any Chase Bank.

## TAX CALCULATOR

| 2012 TOTAL TAX | | 2,606.51 |
|---|---|---|
| 2013 ESTIMATE | X | 55% |
| 2013 1st INSTALLMENT | = | 1,433.58 |

The first installment amount is 55% of last year's total taxes. All exemptions, such as homeowner and senior exemptions, will be reflected on your second installment tax bill.

| PROPERTY LOCATION | MAILING ADDRESS |
|---|---|
| 7727 S BENNETT AVE<br>CHICAGO IL 60649 | M BLANTON<br>7727 S BENNETT AVE<br>CHICAGO IL 60649-4605 |

DETACH & INCLUDE WITH PAYMENT

EXHIBIT L



**#1**

Posting Date: 20140808

Sequence Number: 3680647967

Amount: $1,176.72

Account: 3411465467

Routing Transit
Number: 07100001

Check/Serial
Number: 000000001834

Bank Number: 111

IRD Indicator: 0

BOFD: 000000000

Capture Source: PV

Entry Number: 0000011543

UDK: 111140808003680647967

Cost Center:

Teller Number:

Teller Sequence Number:

Missing Image: 5

PE Indicator: N

Application Code: 1

Trancode: 001834

DB/CR: DB

Item Type: P

Processing Date:

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



## LibertyGuard Deluxe Homeowner Policy Declarations
## Liberty Insurance Corporation

*EXHIBIT M*

**FAX:**　　　　　　**ATTN:**

**POLICY NUMBER:**　　　　　　**THESE DECLARATIONS EFFECTIVE**
H37-248-289859-40　　　　　　06/26/2015

**NAME & ADDRESS**
Melcina Blanton

7727 S Bennett Ave
Chicago, IL 60649-4605

**RESIDENCE PREMISES INSURED**　☐ Same as Residence

7727 S Bennett Ave
Chicago, IL 60649-4605

**POLICY PERIOD**　06/26/2015 through 06/26/2016

**RESIDENCE PREMISES**
7727 S Bennett Ave
Chicago, IL 60649-4605

---

**SECTION I AND II:** COVERAGES AND LIMITS UNDER YOUR LIBERTYGUARD HOMEOWNERS POLICY

| | | |
|---|---|---:|
| **I:** COVERAGE A - YOUR DWELLING | $ | 486,100 |
| COVERAGE B - OTHER STRUCTURES ON RESIDENCE PREMISES | $ | 48,610 |
| COVERAGE C - PERSONAL PROPERTY | $ | 212,500 |
| COVERAGE D - LOSS OF USE OF YOUR RESIDENCE PREMISES | $ | 97,220 |
| **II:** COVERAGE E - PERSONAL LIABILITY (EACH OCCURRENCE) | $ | 300,000 |
| COVERAGE F - MEDICAL PAYMENTS TO OTHERS (EACH PERSON) | $ | 5,000 |

**DEDUCTIBLE:** LOSSES COVERED UNDER SECTION I ARE SUBJECT TO A DEDUCTIBLE OF $1,000.
Wind/Hail (if applicable) $1,000

**NET PREMIUM:**　$1,147.00　　　　　　**PAID IN FULL**　YES

Replacement Cost Coverage　☐ Yes　☒ No　　　　Expanded Replacement Cost　☐ Yes　☒ No

Functional Replacement　☐

President　　　　Secretary

Countersigned by:

Date:　June 15, 2015

## Cook County Treasurer's Office                    Maria Pappas, Treasurer

### Tax Year 2014 - Installment 1



Thank you for your payment.

Property Index Number (PIN): 20-25-322-008-0000 Volume Number 263

*EXHIBIT N-1*

| | |
|---|---|
| Name: | **M BLANTON** |
| Property Location: | **7727 S BENNETT AVE CHICAGO, IL 60649-4605** |
| Mailing Address: | **7727 S BENNETT AVE CHICAGO, IL 60649-4605** |
| Tax Amount Due: | **$1,435.67** |
| Transit ABA Account: 071000013, Personal Checking Account ending in 5467 | |
| Tax Amount Paid: | **$1,435.67** |
| Convenience Fee: | **$1.00** |
| Submitted: | **01-29-2015, 10:03 AM** |

Your payment has been submitted. It will be reflected on our website within 10 business days.

Your confirmation number is 20150129-2338085. Your payment is subject to further verification by the Cook County Treasurer's Office.

If after 10 business days your payment is not reflected, please refer to "Contact Us" for phone and e-mail access to the Treasurer's Office.

We recommend that you print and retain this page for your records.

Click here to return to Cook County Treasurer's Home Page.

If the mailing information on your property tax bill is incorrect and you would like to submit a Name/Address change application to the Cook County Treasurer's Office, please click here.



## Cook County Property Tax and Payment Information

Printed copies of this information may not be used as a tax bill.
Payments must be submitted with original tax bill.

Property Index Number (PIN): **20-25-322-008-0000**

*EXHIBIT N-2*

2014 Tax Year Information - Payable in 2015

Tax Year: 2014    Tax Type: Current Tax    Volume: 263    Classification: 2-05

### Property Location

7727 S BENNETT AVE
CHICAGO, IL 60849-4605

To update contact the Cook County Assessor's Office at 312.443.7550.

### Mailing Information

M BLANTON
7727 S BENNETT AVE
CHICAGO, IL 60849-4605

To update your mailing information click here.

### Exemption Information

Exemptions do not become effective until the 2nd installment.

To check if you received exemptions on previous tax years, click here.

### Tax Billing Information

| Installment | Tax Amount Billed | Tax Due Date |
|---|---|---|
| 1st | $1,435.67 | 03/03/2015 |

### Tax Payment Information

*The balance due, including any penalty, is as of Friday, January 30, 2015.*
*Payments processed are posted through Thursday, January 29, 2015.*

| Installment | Total Amount | Tax Amount | Penalty Amount | Last Payment Received | Date Received |
|---|---|---|---|---|---|
| 1st | $0.00 | $0.00 | $0.00 | $1,435.67 | 01/29/2015 |

**BALANCE DUE:** $0.00

Print

← Return to PIN Summary

For Tax Years 2012 and prior, the Cook County Clerk's office can help you with redemption and delinquent inquiries regarding these prior year's taxes.

You may reach the Clerk at:

Main Number: 312.603.5656
You may find frequently asked questions and additional information at the Clerk's Office's website: http://www.cookcountyclerk.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Melcina Blanton

_____

**Plaintiff(s)**

vs.

Roundpoint Mortgage Servicing Corp
Codilis & Associates
Locke Lord LLP

_____

**Defendant(s)**

CASE No. __15CV3156__

JUDGE: Hon. Judge Gettleman
_____

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on _June 17, 2015_ I filed

an AMENDED COMPLAINT with Clerk of the Court, a copy of which

is attached hereto and herewith served upon you.


### PROOF OF SERVICE

To: Locke Lord, LLP
    111 S. Wacker Drive
    Chicago, IL 60606

To: Roundpoint Mortgage Servicing
    5032 Parkway Plaza Blvd,
    Charlotte, NC 28217


To: Codilis & Associates
    15W030 North Frntage Road, Suite 100
    Burr Ridge, IL  60527


I, the undersigned Plaintiff, certify that on the _17 of June 2015_

I served a copy of this _Amended Complaint_

to each person whom it is directed by way of _United States_

_Post office Vie Certified / Regular Mail_ .


Signature _Melcina Blanton_

Name _MELCINA BLANTON_

Address _7727 S BENNETT AvC_

City/Zip _CHICAgo, IL 60649_

Telephone _773-896-6757_