IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Melcina Blanton | Case Number: 1:15-cv-03156 |
| | Judge Robert W. Gettleman |
| Plaintiff | **Amended Motion to Withdraw as Counsel for Plaintiff Melcina Blanton** |
| v. | |
| Roundpoint Mortgage Servicing, *et al.*, | |
| Defendants. | |

    Marc Edward Dann, Rusty A. Payton, Donna J. Taylor-Kolis, and Sandra M. Emerson, Richard Fredrick Kohn, and Matthew Swenson, hereby move this Court for an Order allowing them to withdraw as counsel for Plaintiff Melcina Blanton.

    Counsel makes this request as relations between Counsel and Plaintiff have deteriorated to the point where Counsel and Plaintiff can no longer effectively communicate with each other. It is in Plaintiff's best interest if Counsel withdraws, which will allow Plaintiff to retain new representation should she wish to continue with these proceedings.

    Attached hereto is the required Notification of Party Contact Information, as required by Local Rule 83.17.

    WHEREFORE Marc Edward Dann, Rusty A. Payton, and Donna J. Taylor-Kolis, Sandra Emerson, Richard Fredrick Kohn, and Matthew Swenson hereby move to withdraw as Counsel for Plaintiff Melcina Blanton.

    Respectfully Submitted,

/s/ Marc Edward Dann
Marc E. Dann, Esq.

Rusty A. Payton
Donna J. Taylor-Kolis
The Dann Law Firm Co. LPA
P.O. Box 6031040
Cleveland OH 44115
(216) 373-0539
(216) 373-0536 e-fax
notices@dannlaw.com
*Counsel for Plaintiff*
*Melcina Blanton*

Sandra M. Emerson
Matthew Swenson
Richard Fredrick Kohn
715 Lake Street Suite 420
Oak Park, IL 60301
(708) 660-9190
*Counsel for Plaintiff*
*Melcina Blanton*

**Certificate of Service**

    I hereby certify on this 3rd day of August 2017, a copy of the foregoing Amended Motion was served upon all parties via Local Rules and upon David F. Standa at dstanda@lockelord.com, Counsel for Defendants Roundpoint Mortgage Servicing Company and Locke Lord LLP.

/s/ Marc Edward Dann
Marc E. Dann, Esq.