**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Melcina Blanton | Case Number: 1:15-cv-03156 |
| | Judge Robert W. Gettleman |
| Plaintiff | |
| v. | **Notice of Motion** |
| Roundpoint Mortgage Servicing, *et al.,* | |
| Defendants. | |

To: Please see attached Service List,

**PLEASE TAKE NOTICE** that on **August 16, 2017, at 9:15 am**, the undersigned shall appear in person before the Honorable David M. Weisman, Courtroom 1300, United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL,** a copy of which is served on you.

Dated: August 3, 2017                              Respectfully Submitted,
                                                   **MELCINA BLANTON**

                                                   By:   */s/ Marc Edward Dann*
                                                   One of her attorneys

Rusty A. Payton
PaytonDann
115 South LaSalle St. #2600
Chicago, IL 60603
(312) 702-1000 Ph. And Fax
payton@paytondann.com

Marc Edward Dann
Donna Taylor-Kolis
The Dann Law Firm Co. LPA
P.O. Box 6031040

Cleveland OH 44115
(216) 373-0539
(216) 373-0536 fax
notices@dannlaw.com

Sandra M. Emerson
Matthew Swenson
Richard Fredrick Kohn
715 Lake Street Suite 420
Oak Park, IL 60301
(708) 660-9190
sandra@emersonlawfirm.com
matt@emersonlawfirm.com

## Certificate of Service

     I hereby certify on this 3rd day of August 2017, a copy of the foregoing Motion was served upon all parties via Local Rules and upon David F. Standa at dstanda@lockelord.com, Counsel for Defendants Roundpoint Mortgage Servicing Company and Locke Lord LLP.

                                                    */s/ Marc Edward Dann*