UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MELCINA BLANTON**, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 15 CV 3156** |
| | ) | |
| v. | ) | |
| | ) | |
| **ROUNDPOINT MORTGAGE** | ) | **Judge Robert W. Gettleman** |
| **SERVICING CORP.** | ) | |
| and **LOCKE LORD LLP**, | ) | Magistrate Judge M. David |
| | ) | Weisman |
| Defendants. | ) | |

## [AMENDED] NOTICE OF MOTION

To: Please see attached Service List,

**PLEASE TAKE NOTICE** that on **August 16, 2017, at 9:15 am**, the undersigned shall appear in person before the Honorable Judge Robert W. Gettleman, Courtroom 1703, United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL,** a copy of which is served on you.

Dated: August 14, 2017

                                           **MELCINA BLANTON**

                                           */s/ Rusty A. Payton*
                                           Rusty Payton
                                           Marc E. Dann
                                           115 South LaSalle Street, Suite 2600
                                           Chicago, IL 60603
                                           (312) 702-1000
                                           notices@dannlaw.com
                                           *Co-Counsel for Plaintiff*

Sandra M. Emerson
Matthew C Swenson
Richard F. Kohn
Emerson Law Firm, LLC
715 Lake Street, Suite 420
Oak Park, IL 60301
(708)660-9190
*Co-Counsel for Plaintiff*

## Certificate of Service

I hereby certify on this 14th day of August 2017, a copy of the foregoing **[Amended] Notice of Motion** was served upon all parties via Local Rules and upon David F. Standa at [dstanda@lockelord.com](mailto:dstanda@lockelord.com), Counsel for Defendants Roundpoint Mortgage Servicing Company and Locke Lord LLP.

*/s/ Rusty A. Payton*