

FILED

AUG 14 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Melcina Blanton
    Plaintiff

vs

Roundpoint Mortgage Servicing Corp
Locke Lord LLC
    Defendants

Case No. 2015 CV 3156

Hon. Judge Ghettleman

Hon. Magistrate Weisman

PLAINTIFF'S MOTION TO STAY WITHDRAWAL OF Sandra Emerson, Marc Edward Dann, Rusty A. Payton, J. Taylor Kolis, Richard Fredrick Kohn, and Mathew Swenson, PENDING PLAINTIFF'S HIRE OF REPLACEMENT ATTORNEY(s).

NOW COMES Plaintiff, Melcina Blanton and in support of Motion hereby states as follows:

1. CORRUPT and TAINTED Representation: Sandra Emerson Law Firm knowingly and intentionally and willfully corrupt the legal representation of Plaintiff by recruiting a Tainted Attorney named Marc Dann, and Sandra Emerson Law Firm engaged in concealment of the tainted information on Marc Dann from Plaintiff who accidentally discovered the tainted information on Marc Dann when Plaintiff was surfing the World Wide Web. Marc Dann as Counsel for Plaintiff was very troubling to Plaintiff and Sandra Emerson was confronted by Plaintiff to assert Plaintiff discomfort regarding Marc Dann as Counsel for plaintiff.

Sandra Emersom failed to act to ease Plaintiff's discomfort with regard to Marc Dann as Counsel to Plaintiff. This is the foundation of the beginning of the sour relations that deteoriated between Plaintiff and her Attorneys.

2. That after Marc Dann's tainted character became known to Plaintiff, Marc Dann became Hostile/belligerent and engaged in bullying Plaintiff and threatening to put a Lien on Plaintiff's property and Court documents. Marc Dann has history of bullying. (See Attorney Marc Dann – State of Ohio, in world wide web).

3. DECIET AND DECEPTION: Plaintiff made full payment of Attorneys Fees charged. Plaintiff rely on her Attorneys to prepare and fight for justice for Plaintiff. Plaintiff Attorneys failed to do so. Plaintiff Attorneys lead Plaintiff on and on to believe that Plaintiff's case is going to trial after the last settlement conference by the litigants failed before Honorable Magistrate Weisman. Further, Plaintiff's Attorneys motive to withdraw is bad faith and prejudicial and leave Plaintiff deserted in the middle of no where in the cause and no intention whatsoever by these Plaintiff Attorneys to do the job they are paid to do and carry out their job legal responsibility/ obligations and take Locke Lord and Roundpoint to trial and seek justice for Plaintiff. In fact, Plaintiff Attorneys knowingly and intentionally and willfully abdicate their legal duties under law to take Plaintiff's case to trial after asserting promises to Plaintiff that her cause is winnable.These Attorneys are Wishy – Washy.

Further, to irritate Plaintiff to make Plaintiff give-up her law suit, Plaintiff Attorneys engage in obnoxious drum beats continuous making harassment assumptions and reaching conclusions without evidence of fact to support their assumptions and conclusions with regard to the merits of Plaintiff's case. These Attorneys are no mind readers as to read a judge or jury mind.

4. DEFICIENT LEGAL REPRESENTATION BY PLAINTIFF ATTORNEYS:

   a. After three failed settlement negotiations with the defendants Roundpoint and Locke Lord, Plaintiff Attorneys Sandra Emerson and Marc Dann knowingly and intentionally and willfully put Plaintiff under duress, exerting undue pressure in an attempt to force Plaintiff into an unmeaningful settlement and loan modification which Plaintiff had rejected seven (7) times (see evidence of this fact inside the first Complaint and Amended Complaint filed in this Federal Court). These Attorneys as they plan their withdrawal and exit the door are quite aware that Plaintiff, a home owner will be signing her death warrant and suffer irreparable injury with this modification.

   b. Failed to send notices of Court dates, Copies of Motions, strategies for trial preparations.

   c. Failure to carry out discovery and or depositions and or subpoena. For example: Roundpoint vice pres, David Hughes; and assistant vice pres, Jeffrey Martin. These two men originated the fraud documents, and also signed the fraudulent Billings of Roundpoint that is before the Court.

   d. Attorneys never explained theory of case.

Page 2 of page 3

e.  Attorneys failed to act to stop infuriating harassment phone calls from debt collector Roundooint.

f.  FAILURE OF PLAINTIFF ATTORNEYS TO OBJECT AND MOVE THE COURT TO SEPARATE LOCKE LORD DEFENDANT CHARGED WITH FRAUD IN THE CASE FRON REPRESENTING ANOTHER DEFENDANT ROUNDPOINT CHARGED WITH FRAUD IN THE SAME CASE.

g.  Plaintiff Attorneys never explain theory of case.

h.  Plaintiff did not receive notice of motion to withdraw from Plaintiff Attorney.

i.  These Attorneys have put Plaintiff in extreme hardship with their motion to withdraw.

RELIEF

Melcina Blanton, Plaintiff in the cause duly made full payment of Attorney's fees. No one is injured or prejudiced by the granting of this motion.

WHEREFORE, Plaintiff, Melcina Blanton pray the Court for the following relief:

Plaintiff needs 90 (ninety ) days to look for and hire legal counsel.

An order of the Court that Attorney(s) and or person(s) whose names are listed below withdrawing their service from Melcina Blanton shall have no monetary claim against Melcina Blanton and property.

(Sandra Emerson. Marc Edward Dann , Rusty A. Payton, J. Taylor Kolis, Richard Kohn, and Matthew Swenson )

Melcina Blanton pro se limited appearance

*[signature: Melcina Blanton]*

Pg 3 of 3