IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Melcina Blanton | ) | |
| | ) | |
| Plaintiff | ) | Case No. 15 C 3156 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| Roundpoint Mortgage Servicing | ) | |
| Defendants | ) | |

# ORDER

Amended motion to withdraw [128] Marc Dann, Rusty Payton, Donna Taylor-Kolis, Sandra Emerson, Richard Kohn and Matthew Swenson as counsel for plaintiff is granted. The original motion to withdraw [124] is moot. Plaintiff's motion [132] to stay withdrawal is withdrawn. Discovery is ordered stayed.

Status hearing date of 8/17/2017 is reset to 11/28/2017, at 9:00 a.m. (00:06)

ENTER: August 16, 2017

_____
**Robert W. Gettleman**
**United States District Judge**