# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MELCINA BLANTON**  **Plaintiff,**  vs.  **ROUNDPOINT MORTGAGE SERVICING, ET AL.**  **Defendants.** | Case No. 1:15-cv-03156  **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Rubenstein Business Law, with its office at 30 S. Wacker Drive, 22nd Floor, Chicago, IL 60606, hereby enters its appearance as counsel for Plaintiff Melcina Blanton in the above-captioned matter and requests that copies of all notices, pleadings and other papers in this matter be served upon them.

DATED: December 21, 2017

_s/David Rubenstein___
David Rubenstein
30 S. Wacker Drive., 22nd Flr.
Chicago, IL 60606
Phone: 312-466-5612
Fax: 312-466-5601