# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MELCINA BLANTON, <br><br> Plaintiff, <br><br> v. <br><br> ROUNDPOINT MORTGAGE SERVICING CORP., and LOCKE LORD LLP <br><br> Defendants. | CIVIL ACTION No. <br> 15 CV 3156 |

## CERTIFICATION OF DAVID RUBENSTEIN IN SUPPORT OF MOTION FOR EXTENSION OF TIME

David Rubenstein, of full age with full competence and diligence, does hereby certify as follows:

1. I have personal knowledge of the facts set forth herein and submit this Certification in support of my Motion for Extension of Time.

2. Defendant has filed a Motion for Sanctions, returnable March 15, 2018.

3. I just returned from vacation with my family over February break to learn that this Motion has been filed. I have not had an opportunity to consult with my client regarding the subject of the Defendant's Motion. I respectfully request a short adjournment of one week in order to consult with my client to see if we can resolve this issue amicably or, alternatively, to prepare Opposition. This is my first request for an adjournment.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                              ___s/David Rubenstein_____
                                                      David Rubenstein