# RUBENSTEIN BUSINESS LAW
30 S. Wacker Drive., 22nd Flr.
Chicago, IL 60606
Ph: 312-466-5612
Fax: 312-466-5601
Email: Drubenstein@RubensteinBusinessLaw.com
Website: www.RubensteinBusinessLaw.com

March 7, 2018

The Honorable M. David Weisman
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

  Re: <u>Blanton v. Roundpoint Mortgage Servicing Corp., et al</u>., Docket 1:15-cv-03156

Dear Judge Weisman,

  We represent Plaintiff Melcina Blanton. In Opposition to the Defendants' Motion for Sanctions, Plaintiff submits a Certification from Melcina Blanton and an Affidavit from Melcina Blanton.

          Very truly yours,

          <u>s/David Rubenstein</u>

          David Rubenstein, Esq.
          Rubenstein Business Law
          30 S. Wacker Drive, 22nd Flr.
          Chicago, IL 60606
          Counsel for Plaintiff
          Phone: 312-466-5612
          Fax: 312-466-5601
          Email: Drubenstein@rubensteinbusinesslaw.com