# RUBENSTEIN BUSINESS LAW

30 S. Wacker Drive., 22nd Flr.
Chicago, IL 60606
Ph: 312-466-5612
Fax: 312-466-5601
Email: Drubenstein@RubensteinBusinessLaw.com
Website: www.RubensteinBusinessLaw.com

March 8, 2018

The Honorable M. David Weisman
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

    Re:    <u>Blanton v. Roundpoint Mortgage Servicing Corp., et al</u>., Docket 1:15-cv-03156

Dear Judge Weisman,

    We represent Plaintiff Melcina Blanton. I am in receipt of the Court's Docket Entry [155] striking Plaintiff's response to Defendants' Motion for Sanctions, and seeking an explanation from Plaintiff's counsel.

    Subsequent to filing Plaintiff's Opposition yesterday, I spoke with Defense counsel this morning and realized that I had inadvertently neglected to upload a cover letter to ECF enclosing the Opposition by Plaintiff. Since we were in the process of taking the deposition of Plaintiff Melcina Blanton at the office of Defense Counsel, I informed Defense Counsel that I would be filing the cover letter once the deposition ended and as soon as I returned to the office this afternoon. He had no objection.

    When I returned to my office this afternoon, I received the Court's entry [155]. To remedy this situation immediately, I have I have now e-filed the Cover Letter along with the Certification and Affidavit from Plaintiff [Docket 156]. The Defendants have not suffered any prejudice from my cover letter as no new facts were added to our Opposition.

    Accordingly, I respectfully request that the Court consider Plaintiff's corrected filing [156], and cancel the appearance requested for March 12, 2018. Alternatively, I also would respectfully request that the appearance for March 12, 2018 be postponed to another date as I am currently scheduled for a Trial on that same date in the matter of <u>Gardi v. Unknown Occupants</u>, 2018 LM 16 in Kendall County.

    I appreciate the Court's understanding and courtesies in this matter.

        Very truly yours,

        <u>s/David Rubenstein</u>

        David Rubenstein, Esq.
        Rubenstein Business Law
        30 S. Wacker Drive, 22nd Flr.
        Chicago, IL 60606

Counsel for Plaintiff
Phone: 312-466-5612
Fax: 312-466-5601
Email: Drubenstein@rubensteinbusinesslaw.com