UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Melcina Blanton

                      Plaintiff,

v.                               Case No.: 1:15−cv−03156
                                        Honorable Robert W. Gettleman

Roundpoint Mortgage Servicing Corp, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 15, 2018:

      MINUTE entry before the Honorable M. David Weisman: Motion hearing held. Without objection, the Clerk's Office is directed to seal docket entry no. [154] and docket entry no. [156] attachment no. 1, as these documents contain personal identifying information. (See Fed. R. of Civ. Pro. 5.2.) For the reasons stated on the record, the Court grants Defendant RoundPoint Mortgage Servicing Corporation's motion to quash deposition notices [160]. As for Defendants' motion for discovery sanctions [148], the Court denies Defendants' request for sanctions for Plaintiff's failure to produce medical records. The remainder of Defendants' motion for discovery sanctions is entered and briefed as follows: Plaintiff's substantive response shall be filed by COB 3/19/18; Defendants' sur−reply shall be filed by COB 3/21/18. Motion hearing set for 4/10/18 at 10:00 a.m. Defendants' motion for limited extension of discovery deadline to complete third party discovery [158] is entered and continued to 4/10/18 at 10:00 a.m. Status/motion hearing set for 3/20/18 is stricken. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.