# EXHIBIT 3

# Standa, David

| | |
|---|---|
| **From:** | Standa, David |
| **Sent:** | Thursday, March 08, 2018 2:52 PM |
| **To:** | DRubenstein@RubensteinBusinessLaw.com |
| **Cc:** | Fleischmann, Simon |
| **Subject:** | Dr. Ten |

David,

Can you please get in touch with you client and have her send over the contact information (or whatever information she has) about the Dr. Ten she identified at today's deposition. I have been searching for information about him, but I can't find anything.

Thanks.

**David F. Standa**
**Locke Lord LLP**
111 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 443-1748
Fax: (312) 896-6749
Email: dstanda@lockelord.com
www.lockelord.com
Atlanta | Austin | Boston | Chicago | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles | Miami | Morristown | New Orleans | New York | Providence | San Francisco | Stamford | Washington, D.C. | West Palm Beach