IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MELCINA BLANTON,<br><br>Plaintiff,<br><br>v.<br><br>ROUNDPOINT MORTGAGE SERVICING CORP., and LOCKE LORD LLP<br><br>Defendants. | CIVIL ACTION No.<br>15 CV 3156 |

### DECLARATION OF MELCINA BLANTON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Melcina Blanton, of full age with full competence and diligence, does hereby declare as follows:

1. I have personal knowledge of the facts set forth herein and submit this Declaration in support of my Motion for Summary Judgment.

2. Annexed hereto as Exhibit A is a copy of my Second Amended Complaint with Exhibits. Rather than restate my Complaint, I hereby declare under penalties of perjury that these statements are true and respectfully request that this Court reply upon the facts and exhibits contained therein in support of my Motion.

I hereby declare that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Melcina Blanton*

Melcina Blanton